PETER O. DUNCAN, Respondent, v. JOHN E. McMURTRY and ELLA G. CUNNINGHAM, Copartners, Doing Business under the Style and Designation of JOHN E. McMURTRY & Co., Appellants.— Interlocutory judgment, in so far as an appeal

therefrom is taken, and the judgment unanimously affirmed at $17,403.38 (deducting a small sum conceded by plaintiff to be erroneous), with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.